**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**LARRY DAVID DAVIS**                                                                **PETITIONER**
**ADC #123330**

**V.**                                    **CASE NO. 4:21-CV-70-JM-BD**

**ARKANSAS, STATE OF**                                                        **RESPONDENT**

<u>**ORDER**</u>

The Court has carefully reviewed the Recommended Disposition filed by

Magistrate Judge Beth Deere. After a review of those proposed findings and

recommendations, and the timely objections received thereto, as well as a <u>de novo</u> review

of the record, the Court adopts them in their entirety.  Accordingly,

Accordingly, Mr. Davis's petition for writ of habeas corpus (Doc. No. 2) is

DISMISSED, without prejudice this 22nd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE