IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY DAVID DAVIS**                                                       **PETITIONER**
**ADC #123330**

V.                       **CASE NO. 4:21-CV-70-JM-BD**

**ARKANSAS, STATE OF**                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Larry David Davis's petition for writ of habeas corpus (Doc. No. 2) is hereby DISMISSED WITHOUT PREJUDICE.

DATED this 22nd day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE